UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DA BIAO WU,<br><br>Defendant. | NO. CR20-173-JCC-2<br><br>[~~PROPOSED~~]<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture ("Motion") for the following Subject Property:

    a.    $114,968 in U.S. currency that was seized from Defendant's residence on October 21, 2020;

    b.    The real property located at 3260 South 301st Place, Auburn, Washington (aka, 30114 32nd Avenue South, Auburn, Washington), titled to Da Biao Wu;

    c.    $16,323 in U.S. currency that was seized from Defendant's residence in February 2018;

    d.    $30,000 in U.S. currency that was seized from Defendant's Bank of America safe deposit box (box #626) in February 2018;

~~Proposed~~ Final Order of Forfeiture - 1
*United States v. Da Biao Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

e. $2,744.16 in funds seized from BECU acct -5517 in February 2018;

f. $104.46 in funds seized from BECU acct -5509 in February 2018;

g. $1,417.65 in funds seized from Chase Bank acct -8787 in February 2018;

h. $6,531.51 in funds seized from Bank of America acct -9478 in February 2018;

i. $585.10 seized from Bank of America acct -9478 in February 2018; and

j. $440 in Canadian currency seized from Defendant's residence in February 2018.

As set forth in the *Lis Pendens* recorded by the United States in King County on October 22, 2020, the parcel number for the above-referenced real property is 051855-0020, and its legal description is:

LOT 2, BARBER WOODS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 268 OF PLATS, PAGES 73 THROUGH 76, RECORDS OF KING COUNTY, WASHINGTON.

SITUATE IN COUNTY OF KING, STATE OF WASHINGTON

*See* Dkt. No. 10.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On February 27, 2023, the Court entered a Preliminary Order of Forfeiture, finding the Subject Property forfeitable pursuant to 21 U.S.C. § 853 and forfeiting Defendant's interest in it (Dkt. No. 74);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 86) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson

~~Proposed~~ Final Order of Forfeiture - 2
*United States v. Da Biao Wu*, CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in Support of Motion for Final Order of Forfeiture, ¶ 2, <u>Exhibits A – H)</u>;

and,

- The time for filing third-party claims has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 13th day of March 2024.

_____
THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Proposed Final Order of Forfeiture - 3
*United States v. Da Biao Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

 s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-2462
Fax: 206-553-6934
Email: Karyn.S.Johnson@usdoj.gov

Proposed Final Order of Forfeiture - 4
*United States v. Da Biao Wu,* CR20-173-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970